IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

J. IRVIN BEATLEY,

    Plaintiff,

v.                                      Civil Action No. 3:18cv37

CHARLES E. AYERS, JR., *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court:

(1)     DENIES the Motion to Dismiss, (ECF No. 6); and,

(2)     ORDERS the Clerk to REASSIGN this case to another United States District Judge in accordance with the Clerk's standard assignment procedure.

It is so ORDERED.

                                                      /s/
                                                M. Hannah Lauck
                                         United States District Judge

Date: 6/26/18
Richmond, Virginia