IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

J. IRVIN BEATLEY,
        Plaintiff,

v.                              Civil Action No. 3:18-cv-00037

CHARLES E. AYERS, JR., et al.,
        Defendants.

## ORDER

This matter comes before the Court on the defendants' motion for summary judgment. (Dk. No. 29.) For the reasons stated in the accompanying Opinion, the Court DENIES the motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 16 Nov. 2018
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge