# AFFIDAVIT OF WILLIAM R. BALDWIN, III

# EXHIBIT B

# Exhibit A

**Services As Proposed Expert Witness Rendered Pre-Trial**

| Date | Description of Services | Hours | Rate | Fee |
|---|---|---|---|---|
| October 9, 2018 | Reviewed Beatley litigation case docket, selected case pleadings and correspondence | 2.5 | $350.00 | $875.00 |
| October 10, 2018 | Case law and market update on attorney fees in Virginia Supreme Court and local state and federal courts | 0.8 | $350.00 | $280.00 |
| October 11, 2018 | Reviewed memorandum from Mr. Burke on fees and case issues; fee/expense billings to client, drafted expert witness report | 2.6 | $350.00 | $910.00 |
| October 12, 2018 | Finalized Expert Witness Report | 1.0 | $350.00 | $350.00 |
| | Total: | | | $2,415.00 |