# AFFIDAVIT OF WILLIAM R. BALDWIN, III

# EXHIBIT B

# Exhibit B

### Services Rendered Post-Trial

| Date | Description of Services | Hours | Rate | Fee |
|---|---|---|---|---|
| June 26, 2019 | Reviewed Court's trial order and memorandum of June 25, 2019 | 0.6 | $350.00 | $210.00 |
| July 10, 2019 | Reviewed draft memorandum from Mr. Burke on case fees and case pleadings review | 1.5 | $350.00 | $525.00 |
| July 13, 2019 | Updated research on hourly fees in Richmond Division, USDCEDVA and Bankruptcy Court, Richmond Division, USBCEDVA, case law and general Internet search on same | 0.8 | $350.00 | $280.00 |
| July 15, 2019 | Reviewed Mr. Burke's billing statements to client and draft affidavit on same | 2.6 | $350.00 | $910.00 |
| July 16, 2018 | Drafted and Finalized Affidavit Per Court's order of June 25, 2019 | 3.7 | $350.00 | $1,295.00 |
| | Total: | | | $3,220.00 |