IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| J. IRVIN BEATLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:18-cv-37-JAG |
| | ) | |
| CHARLES E. AYERS, JR., | ) | |
| | ) | |
| RALPH L. COSTEN, JR., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JESSE L. BARBER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, J. Irvin Beatley ("Beatley"), in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order and Opinion entered in this action on the June 25, 2019.

Dated:  August 1, 2019          J. IRVIN BEATLEY


By          /s/ John K. Burke, Jr.
                    Of Counsel

John K. Burke, Jr. (VSB No. 16798)
J. K. BURKE LAW FIRM PLC
5600 Grove Avenue
Richmond, Virginia 23226
Telephone:  (804) 835-5929
Facsimile:  (804) 285-7779
John@BurkeLF.com
   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel:

>Stephen M. Faraci, Sr. (VSB No. 42748)
>Patrick D. Houston (VSB No. 92298
>Whiteford Taylor & Preston, LLP
>One James Center
>901 East Cary Street. Suite 500
>Richmond, Virginia 23219
>Telephone: (804) 977-3307
>Facsimile:  (804) 977-3298
>Email: sfaraci@wtplaw.com
>Email:  phouston@wtplaw.com
>
>*Counsel for Defendants*


    /s/ John K. Burke, Jr.