# Essex Bank

**IRREVOCABLE LETTER OF CREDIT**
Essex Bank
9954 Mayland Drive, Suite 2100
Richmond, VA 23233

September 19, 2019

U.S. $251,373.91

On all communications please refer to Letter of Credit #163377580

J. Irvin Beatley
1244 Dingle Road
Mt. Pleasant, SC 29466

Dear Mr. Beatley:

We hereby establish our Irrevocable Letter of Credit No.163377580 in your favor, for the account of Ralph L. Costen, Jr., 2015 Wexleigh Dr., Richmond, VA 23229, and hereby undertake to honor your draft at sight on us, not exceeding in the aggregate Two Hundred Fifty One Thousand Three Hundred Seventy Three and 91/100 Dollars ($251,373.91). A draft drawn under this letter of credit must be marked "Drawn under Essex Bank Letter of Credit No. 163377580 dated September 19, 2019." Funds under this letter of credit will be available to you in a single drawing by presentation of your sight draft drawn on us, accompanied by:

1. The original of this letter of credit.

2. Your verified statement that Ralph L. Costen, Jr., Jessee Barber, and/or Charles E. Ayers (collectively, "Appellants") have failed to perform and satisfy the judgment rendered against them on June 25, 2019 by the U.S. District Court for the Eastern District of Virginia in the case of J. Irvin Beatley v. Charles E. Ayers, Jr., et al. (Civil Action NO. 3:18-cv-37-JAG), and have failed to pay all actual damages incurred in consequence of the suspension of judgment.

3. A copy of the trial court judgment order, attested by its clerk.

4. A copy of an order of the U.S. Court of Appeals for the Fourth Circuit, attested by its clerk, affirming said judgment or refusing, dismissing or allowing withdrawal of the appeal of said judgment, or certification by the clerk of the U.S. Court of Appeals for the Fourth Circuit that the appeal of said judgment was not prosecuted timely.

5. A copy of an order, if any, of the U.S. Court of Appeals for the Fourth Circuit or trial court, attested by the clerk, assessing actual damages in consequence of the suspension of judgment.

FDIC

EXHIBIT A

This letter of credit is valid until 12:00 p.m. local time March 20, 2020 and a draft drawn hereunder, if accompanied by documents as specified above, will be honored if presented to Essex Bank, 9954 Mayland Drive, Suite 2100, Richmond, VA 23233 on or before that date. However, this letter of credit automatically will be renewed for successive one (1) year periods from the initial expiration date or any renewal period expiration date hereunder, unless at least sixty (60) days prior to any such expiration date Essex Bank notifies you that it has elected not to renew this letter of credit for such additional one (1) year period. The notice required hereunder will be deemed to have been given when received by you.

In the event that Essex Bank elects not to renew this letter of credit as required above, the full amount of this letter of credit shall be payable to the Clerk of the U.S. District Court for the Eastern District of Virginia upon presentation of your verified statement that:

1. A final order of the U.S. Court of Appeals for the Fourth Circuit has not been entered in the case of ___ (or, where there has been suspension of judgment, a final order has not been entered by the U.S. Court of Appeals for the Fourth Circuit or trial court assessing actual damages in consequence of the suspension).

2. Thirty (30) days have elapsed since notice of non-renewal was given and Appellants have not filed acceptable substitute security.

Except as otherwise stated herein, this letter of credit is subject to the 2007 revision of the Uniform Customs and Practice for Documentary Credits of the International Chamber of Commerce expired during an interruption of our business as described in Article 36 of the UCP 600, we will honor drafts presented in compliance with the terms of this Letter of Credit within thirty (30) days after the date of resumption of our business an effect payment accordingly.

Very truly yours,

By _____
Cindy L. Harris,
SVP, Director of Credit Operations
Essex Bank